# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| ERIC WEINER, Individually and On Behalf of All Others Similarly Situated,<br><br>              Plaintiff,<br><br>  v.<br><br>TIVITY HEALTH, INC., DONATO TRAMUTO, GLENN HARGREAVES and ADAM HOLLAND<br>              Defendants. | Case No. 3:17-cv-01469 |

## MOTION FOR ADMISSION *PRO HAC VICE*

The undersigned counsel for Eric Weiner hereby moves for admission to appear *pro hac vice* in this action. I hereby certify that I am a member in good standing from the United States District Court for the Southern District of New York. Attached is a Certificate of Good Standing from that Court.

                                                             *s/* <u>Eduard Korsinsky</u>
                                                                 Signature

Name:   Eduard Korsinsky

Address:   Levi & Korsinsky, LLP

Address:   30 Broad St., 24th Floor

Address:   New York, NY 10004

Phone:   212-363-7500

Email:   ek@zlk.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this the 7th day of December, 2017, the foregoing *Motion for Admission Pro Hac Vice* was filed electronically with the Clerk of Court. A copy of the foregoing has been served on the following parties via United States Mail, first-class, postage prepaid:

Tivity Health, Inc.
701 Cool Springs Boulevard
Franklin, TN 37067

Mr. Donato Tramuto
c/o Tivity Health, Inc.
701 Cool Springs Boulevard
Franklin, TN 37067

Mr. Adam Holland
c/o Tivity Health, Inc.
701 Cool Springs Boulevard
Franklin, TN 37067

Mr. Glenn Hargreaves
c/o Tivity Health, Inc.
701 Cool Springs Boulevard
Franklin, TN 37067

                                                  */s/   Al Holifield*
                                                    Al Holifield

4824-6032-9304, v. 1