# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| **ERIC WEINER,** Individually and on Behalf of All Others Similarly Situated, | )<br>)<br>) Case No. 3:17-cv-01469<br>)<br>) Chief Judge Waverly D. Crenshaw, Jr.<br>) Magistrate Judge Alistair Newbern |
| Plaintiff, | |
| v. | |
| **TIVITY HEALTH, INC., DONATO TRAMUTO, GLENN HARGREAVES, and ADAM HOLLAND,** | |
| Defendants. | |

## MOTION FOR ADMISSION PRO HAC VICE

Defendants Tivity Health, Inc., Donato Tramuto, Glenn Hargreaves and Adam Holland (hereinafter "Defendants") respectfully move this Court for an order admitting Jessica P. Corley and Lisa R. Bugni as counsel *pro hac vice.*

As the basis for this Motion, Defendants would show that Mses. Corley and Bugni are partners of the law firm Alston & Bird LLP, whose office address is One Atlantic Center, 1201 West Peachtree Street, Suite 4900, Atlanta, Georgia 30309-3424. Ms. Corley's telephone number is (404) 881-7374, and her email address is jessica.corley@alston.com. Ms. Bugni's telephone number is (404) 881-4959, and her email address is lisa.bugni@alston.com. They wish to appear in the above-styled action in the United States District Court, Middle District of Tennessee, Nashville Division.

Mses. Corley and Bugni are admitted to practice before the United States District Court for the Northern District of Georgia. There are no disciplinary actions or investigations of conduct pending in any jurisdiction for either of these applicants.

Mses. Corley and Bugni agree to subject themselves to the jurisdiction of the courts of Tennessee in any manner arising out of their conduct in such proceedings and agree to be bound by the Code of Professional Responsibility applicable to Tennessee lawyers and the interpretation thereof by Tennessee courts.

Mses. Corley and Bugni have associated with Wallace W. Dietz and Joseph B. Crace, Jr. and the law firm of Bass, Berry & Sims PLC, 150 Third Avenue South, Suite 2800, Nashville, Tennessee 37201, for their appearance *pro hac vice* in this matter.

In support of this motion, Certificates of Good Standing from the United States District Court for the Northern District of Georgia are attached for each applicant.

A proposed order granting this motion is filed contemporaneously herewith.

DATED this 20th day of December, 2017.

    Respectfully submitted,

    */s/ Joseph B. Crace, Jr.*
    Wallace W. Dietz (BPR #009949)
    Joseph B. Crace, Jr. (BPR #27753)
    **BASS, BERRY & SIMS PLC**
    150 Third Ave. South, Suite 2800
    Nashville, Tennessee 37201-3001
    Telephone: (615) 742-6200
    Facsimile: (615) 742-0442
    wdietz@bassberry.com
    jcrace@bassberry.com

    *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on December 20, 2017, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

Al Holifield
Holifield Janich Rachal Ferrera, PLLC
11907 Kingston Pike, Ste. 201
Knoxville, TN 37934
aholifield@holifieldlaw.com

Eduard Korsinsky
Levi & Korsinsky LLP
30 Broad Street, 24th Floor
New York, NY 10004
Tel. (212) 363-7500 ext. 102
ek@zlk.com

*Attorneys for Plaintiff*

/s/ *Joseph B. Crace, Jr.*