# Exhibit C

Oklahoma Firefighters Pension and Retirement System LIFO Losses

Tivity Health, Inc.
Class Period: 2/24/2017 - 11/3/2017

| Trade Date | Transaction Type | # Shares | Share Price ($) | Class Period Purchases | Class Period Sales | Sales on Class Period Purchases | Class Period Net Holdings | Cost | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| 6/20/2017 | Purchase | 768 | 37.5929 | 768 | - | - | 768 | $28,871.35 | |
| 6/20/2017 | Purchase | 1,265 | 37.2668 | 1,265 | - | - | 2,033 | $47,142.50 | |
| 6/21/2017 | Purchase | 402 | 37.9191 | 402 | - | - | 2,435 | $15,243.48 | |
| 6/21/2017 | Purchase | 186 | 37.8250 | 186 | - | - | 2,621 | $7,035.45 | |
| 6/22/2017 | Purchase | 351 | 38.0460 | 351 | - | - | 2,972 | $13,354.15 | |
| 6/22/2017 | Purchase | 552 | 38.2468 | 552 | - | - | 3,524 | $21,112.23 | |
| 6/23/2017 | Purchase | 899 | 38.9924 | 899 | - | - | 4,423 | $35,054.17 | |
| 6/23/2017 | Purchase | 235 | 39.2000 | 235 | - | - | 4,658 | $9,212.00 | |
| 6/26/2017 | Purchase | 1,386 | 38.9224 | 1,386 | - | - | 6,044 | $53,946.45 | |
| 6/26/2017 | Purchase | 440 | 39.1221 | 440 | - | - | 6,484 | $17,213.72 | |
| 6/27/2017 | Purchase | 697 | 38.5698 | 697 | - | - | 7,181 | $26,883.15 | |
| 6/27/2017 | Purchase | 268 | 38.7139 | 268 | - | - | 7,449 | $10,375.33 | |
| 6/27/2017 | Purchase | 470 | 38.8750 | 470 | - | - | 7,919 | $18,271.25 | |
| 6/27/2017 | Purchase | 339 | 38.5979 | 339 | - | - | 8,258 | $13,084.69 | |
| 6/27/2017 | Purchase | 118 | 38.5101 | 118 | - | - | 8,376 | $4,544.19 | |
| 6/30/2017 | Purchase | 2,420 | 39.8635 | 2,420 | - | - | 10,796 | $96,469.67 | |
| 6/30/2017 | Purchase | 314 | 40.0250 | 314 | - | - | 11,110 | $12,567.85 | |
| 6/30/2017 | Purchase | 702 | 39.8596 | 702 | - | - | 11,812 | $27,981.44 | |
| 7/13/2017 | Purchase | 1,370 | 39.6156 | 1,370 | - | - | 13,182 | $54,273.37 | |
| 7/13/2017 | Purchase | 555 | 39.5750 | 555 | - | - | 13,737 | $21,964.13 | |
| 8/2/2017 | Purchase | 403 | 37.9180 | 403 | - | - | 14,140 | $15,280.95 | |
| 8/2/2017 | Purchase | 1,456 | 37.6991 | 1,456 | - | - | 15,596 | $54,889.89 | |
| 8/3/2017 | Purchase | 982 | 38.0196 | 982 | - | - | 16,578 | $37,335.25 | |
| 8/28/2017 | Purchase | 146 | 37.4459 | 146 | - | - | 16,724 | $5,467.10 | |
| 10/27/2017 | Purchase | 335 | 46.5250 | 335 | - | - | 17,059 | $15,585.88 | |
| 10/27/2017 | Purchase | 280 | 45.5250 | 280 | - | - | 17,339 | $12,747.00 | |
| 10/27/2017 | Purchase | 1,895 | 45.9327 | 1,895 | - | - | 19,234 | $87,042.47 | |
| 10/27/2017 | Purchase | 617 | 45.4781 | 617 | - | - | 19,851 | $28,059.99 | |
| 10/30/2017 | Purchase | 599 | 46.9500 | 599 | - | - | 20,450 | $28,123.05 | |
| 10/30/2017 | Purchase | 208 | 46.5956 | 208 | - | - | 20,658 | $9,691.88 | |

| Damage Summary | |
|---|---|
| Total Class Period Purchases: | 20,658 |
| Total Class Period Sales: | - |
| Total Sales on Class Period Purchases: | - |
| Total Class Period Shares Retained: | 20,658 |
| Loss Price*: | $ 34.8900 |
| Total Purchases: | $ 828,824.01 |
| Total Sales Proceeds: | $ - |
| Total Retained Value: | $ (720,854.09) |
| Total Loss: | $ 107,969.93 |

*The loss price has been adjusted to weigh the effect of post-class period sales on the retained value. Pursuant to the PSLRA, post-class period sales are valued at the higher of the sale price and the average price from the end of the class period through the sale date. The 76-day mean trading price of $35.564 for the period from 11/4/2017 to 1/18/2018 has been used to value shares not sold after the class period ended.