UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| ERIC WEINER, Individually and on behalf of all other similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> TIVITY HEALTH, INC., ET AL., <br><br> Defendants. | Case No.: 3:17-cv-01469 <br><br> Chief Judge Crenshaw <br> Magistrate Judge Newbern |

**MOTION FOR ADMISSION *PRO HAC VICE***

The undersigned counsel for Lead Plaintiff Movant Oklahoma Firefighters Pension and Retirement System, respectfully move this Court for an order admitting Steven J. Toll as counsel *pro hac vice*.

Mr. Toll is an attorney at Cohen Milstein Sellers & Toll PLLC, located at 1100 New York Avenue, N.W., East Tower, Suite, 500, Washington, D.C. 20003. Mr. Toll's telephone number and email are: (202) 408-4600, stoll@cohenmilstein.com.

Mr. Toll is admitted to practice before the United States District Court the District of Columbia. There are no disciplinary actions or investigation of documents pending in any jurisdiction for Mr. Toll.

Mr. Toll agrees to subject himself to the jurisdiction of the courts of Tennessee in any manner arising out of his conduct in such proceedings and agrees to be bound by the Code of Professional Responsibility applicable to Tennessee lawyers and the interpretation thereof by Tennessee courts.

Mr. Toll has associated with Benjamin A. Gastel and James Gerard Stranch of the law firm Branstetter, Stranch & Jennings, PLLC, 223 Rosa L. Parks Avenue Suite 200 Nashville, TN 37203, for his appearance *pro hac vice* in this matter.

In support of this motion, Certificates of Good Standing from the United States District Court for the District of Columbia are attached for this applicant.

A proposed order granting this motion is filed contemporaneously herewith.

Dated: January 31, 2018       Respectfully submitted,

*/s/Benjamin A. Gastel*_____
J. Gerard Stranch, IV (BPR #23045)
Benjamin A. Gastel (BPR #28699)
**BRANSTETTER, STRANCH & JENNINGS, PLLC**
223 Rosa L. Parks Avenue
Suite 200
Nashville, TN 37203
Telephone: (615) 254-8801
Facsimile: (615) 255-5419
gerards@bsjfirm.com

*Proposed Liaison Counsel*

*/s/ Steven J. Toll*_____
Cohen Milstein Sellers & Toll PLLC
Times Wang
1100 New York Avenue, NW
East Tower, STE. 500
Washington, DC 20005-3964
Telephone: (202) 4-8-4600
Email: stoll@cohenmilstein.com
Email: twang@cohenmilstein.com

*Attorneys for Lead Plaintiff Movant*

# CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of January 2018, I electronically filed the foregoing documents using the Court's CM/ECF system, and a copy of this filing will be sent electronically to the registered participants as identified on the Notice of Electronic Filing. The following counsel will receive service via the Court's CM/ECF system at the email addresses listed below:

Eduard Korsinsky
Levi & Korsinsky, LLP
30 Broad Street
24th Floor
New York, NY 10004
Telephone: (212) 363-7500
Fax: (212) 363-7171
Email: ek@zlk.com

James A. Holifield, Jr.
Holifield Janich Rachal & Associates, PLLC
11907 Kingston Pike
STE. 201
Knoxville, TN 37934
Telephone: (865) 566-0115
Fax: (865) 566-0119
Email: aholifield@holifieldlaw.com

*Attorneys for Plaintiff Eric Weiner*

Jessica Perry Corley
Lisa R. Bugni
Alston & Bird LLP
One Atlantic Center
1201 W. Peachtree Street
Atlanta, GA 30309-3424
Telephone: (404) 881-7000
Fax: (404) 881-7777
Email: Jessica.corleyl@alston.com
Email: Lisa.bugni@alston.com

Joseph B. Crace, Jr.
Wallace Wordsworth Dietz
Bass, Berry & Sims
150 Third Avenue South
STE. 2800

Nashville, TN 37201
Telephone: (615) 742-7896
Fax: (615) 742-2700
Email: jcrace@bassberry.com
Email: wdietz@bassberry.com

*Attorneys for the Defendants*

                                              */s/ Steven J. Toll*
                                              Steven J. Toll
                                              Counsel for Lead Plaintiff Movant