UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ERIC WEINER, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br>v.<br><br>TIVITY HEALTH, INC., DONATO TRAMUTO, GLENN HARGREAVES, and ADAM HOLLAND,<br><br>    Defendants. | Case No. 3:17-cv-01469<br><br>Chief Judge Waverly D. Crenshaw, Jr.<br>Magistrate Judge Alistair Newbern |

## MOTION FOR ADMISSION PRO HAC VICE

Defendants Tivity Health, Inc., Donato Tramuto, Glenn Hargreaves and Adam Holland (hereinafter "Defendants") respectfully move this Court for an order admitting Lisa R. Bugni as counsel *pro hac vice*.

As the basis for this Motion, Defendants would show that Ms. Bugni is a partner of the law firm King & Spalding LLP, whose office address is 1180 Peachtree Street NE, Atlanta, Georgia 30309-3520. Ms. Bugni's telephone number is (404) 572-4677, and her email address is lbugni@kslaw.com. Ms. Bugni wishes to appear in the above-styled action in the United States District Court, Middle District of Tennessee, Nashville Division.

Ms. Bugni is admitted to practice before the United States District Court for the Northern District of Georgia. There are no disciplinary actions or investigations of conduct pending in any jurisdiction for this applicant.

Ms. Bugni agrees to subject herself to the jurisdiction of the courts of Tennessee in any manner arising out of her conduct in such proceedings and agrees to be bound by the Code of Professional Responsibility applicable to Tennessee lawyers and the interpretation thereof by Tennessee courts.

Ms. Bugni has associated with Wallace W. Dietz and Joseph B. Crace, Jr. and the law firm of Bass, Berry & Sims PLC, 150 Third Avenue South, Suite 2800, Nashville, Tennessee 37201, for her appearance *pro hac vice* in this matter.

In support of this motion, a Certificate of Good Standing from the United States District Court for the Northern District of Georgia is attached.

A proposed order granting this motion is filed contemporaneously herewith.

DATED this 14th day of March, 2018.

                                          Respectfully submitted,

                                          */s/ Wallace W. Dietz*
                                          Wallace W. Dietz (BPR #009949)
                                          Joseph B. Crace, Jr. (BPR #027753)
                                          **BASS, BERRY & SIMS PLC**
                                          150 Third Ave. South, Suite 2800
                                          Nashville, Tennessee 37201-3001
                                          Telephone: (615) 742-6200
                                          Facsimile: (615) 742-0442
                                          wdietz@bassberry.com
                                          jcrace@bassberry.com

                                          *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on March 14, 2018, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

Al Holifield
HOLIFIELD JANICH RACHAL FERRERA, PLLC
11907 Kingston Pike, Ste. 201
Knoxville, TN 37934
aholifield@holifieldlaw.com

Eduard Korsinsky
LEVI & KORSINSKY LLP
30 Broad Street, 24th Floor
New York, NY 10004
Tel. (212) 363-7500 ext. 102
ek@zlk.com

J. Gerard Stranch, IV
Benjamin A. Gastel
BRANSTETTER, STRANCH & JENNINGS, PLLC
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
Tel. (615) 254-8801
gerards@bsjfirm.com
bgastel@bjsfirm.com

Steven J. Toll
Times Wang
COHEN MILSTEIN SELLERS & TOLL, PLLC
1100 New York Avenue N.W., Suite 500
Washington, D.C. 20005
Tel. (202) 408-4600
stoll@cohenmilstein.com
twang@cohenmilstein.com

                                                          */s/ Wallace W. Dietz*