UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ERIC WEINER, individually and on behalf of all others similarly situated, | ) )  )  Case No. 3:17-cv-01469 )  )  Chief Judge Crenshaw )  Magistrate Judge Newbern )  )  )  )  )  ) |
| Plaintiff, | |
| v. | |
| TIVITY HEALTH, INC., *et al.*, | |
| Defendants. | |

## [~~PROPOSED~~] ORDER

Pending before the Court is the parties' Joint Motion to Postpone the Initial Case Management Conference. Having considered the written submission of the parties, the Court grants the Motion. The Court will reschedule the Case Management Conference after the Court decides Defendants' forthcoming Motion to Dismiss the First Amended Complaint. The parties shall move to reset the initial case management conference within seven days of the Court's order on the motion to dismiss.

SO ORDERED, this 27th day of June, 2018.

_____
ALISTAIR E. NEWBERN
United States Magistrate Judge