IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ERIC WEINER, Individually and on Behalf of All Others Similarly Situated**,** <br><br> Plaintiff, <br><br> v. <br><br> TIVITY HEALTH, INC., *et al.*, <br><br> Defendants. | CIVIL ACTION NO.: 3:17-cv-01469 <br><br> Chief Judge Crenshaw <br> Magistrate Judge Newbern |

## **DEFENDANTS' MOTION TO DISMISS FIRST AMENDED COMPLAINT**

Pursuant to the Private Securities Litigation Reform Act, 15 U.S.C. § 78u-4, *et seq.*, Defendants Tivity Health, Inc., Donato Tramuto, Glenn Hargreaves, and Adam Holland hereby move the Court to dismiss Plaintiff's First Amended Complaint for the reasons set forth in the accompanying Memorandum of Law.

WHEREFORE, the Defendants respectfully request that their Motion to Dismiss be granted and the Amended Complaint be dismissed with prejudice.

Respectfully submitted this 3rd day of August, 2018.

                                          */s/ Wallace W. Dietz*
                                        Wallace W. Dietz (BPR # 009949)
Joseph B. Crace, Jr. (BPR # 027753)
BASS, BERRY & SIMS PLC
150 Third Avenue, South, Suite 2800
Nashville, TN 37201
Tel. (615) 742-6200
wdietz@bassberry.com
jcrace@bassberry.com

Jessica P. Corley (admitted *pro hac vice*)
Lisa R. Bugni (admitted *pro hac vice*)
KING & SPALDING LLP
1180 Peachtree Street NE
Atlanta, GA 30309
Tel. (404) 572-4600
jpcorley@kslaw.com
lbugni@kslaw.com

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

       I hereby certify that on this 3rd day of August 2018, I electronically filed the following document with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following:

| | |
|---|---|
| Eduard Korsinsky<br>LEVI & KORSINSKY, LLP<br>30 Broad Street, 24th Floor<br>New York, NY 10004<br>(212) 363-7500<br>ek@zlk.com | James A. Holifield, Jr.<br>HOLIFIELD JANICH RACHAL FERRERA, PLLC<br>11907 Kingston Pike, Suite 201<br>Knoxville, TN 37934<br>(865) 566-0115<br>aholifield@holifieldlaw.com |
| J. Gerard Stranch, IV<br>Benjamin A. Gastel<br>BRANSTETTER, STRANCH & JENNINGS, PLLC<br>223 Rosa L. Parks Avenue, Suite 200<br>Nashville, TN 37203<br>Tel. (615) 254-8801<br>gerards@bsjfirm.com<br>bgastel@bjsfirm.com | Steven J. Toll<br>Times Wang<br>Elizabeth Aniskevich<br>COHEN MILSTEIN SELLERS & TOLL, PLLC<br>1100 New York Avenue N.W., Suite 500<br>Washington, D.C. 20005<br>Tel. (202) 408-4600<br>stoll@cohenmilstein.com<br>twang@cohenmilstein.com<br>eaniskevich@cohenmilstein.com |
| Christina D. Saler<br>Cohen Milstein Sellers & Toll PLLC<br>Three Logan Square<br>1717 Arch Street<br>Suite 3610<br>Philadelphia, PA 19103<br>(267) 479-5700<br>csaler@cohenmilstein.com | |

                                                     */s/ Wallace W. Dietz*