# EXHIBIT 4

# Analysis of Dr. Gompers' Appendix B Class Cases

***In Securities Class Actions, Dr. Gompers Always Serves as an Expert for Defendants and Always Concludes that Plaintiffs Fail to Demonstrate Market Efficiency***

| **Case Name**[1] | **Expert for Defendants [Y/N]** | **Offered Rebuttal Opinion that Plaintiff's Expert Failed to Demonstrate Stock Traded in an Efficient Market [Y/N]** | **Court Rejected OR Accepted Dr. Gompers' Rebuttal Opinions on Market Efficiency** |
|---|---|---|---|
| *In re Intercept Pharm., Inc. Sec. Litig.*, 1:14-cv-01123-NRB (SDNY) | Y | Y | N/A [Case Settled prior to ruling on motion for class certification] |
| *In re NII Holdings, Inc. Sec. Litig.*, 1:14-cv-00227-LMB-JFA (E.D. Va.) | Y | Y | REJECTED |
| *David M Loritz v. Exide Techs.*, 2:13-cv-02607-SVW-E (C.D. Cal.) | Y | Y | REJECTED |
| *Första AP-Fonden v. St. Jude Medical, Inc.*, 0:12-cv-03070-JNE-HB (D. Minn.) | Y | Y | REJECTED |
| *In re: Petrobras Sec. Litig.*, 1:14-cv-09662-JSR (SDNY) | Y | Y | REJECTED |
| *Kenny v. Montage Tech. Grp. Ltd.*, 3:14-cv-00722-SI (N.D. Cal.) | Y | Y | REJECTED |
| *Willis v. Big Lots, Inc.*, 2:12-cv-00604-MHW-KAJ (S.D. Ohio) | Y | Y | REJECTED |
| *Thomas v. Magnachip Semiconductor Corp.*, 3:14-cv-01160-JST (N.D. Cal.) | Y | Y | REJECTED |
| *Angley v. UTi Worldwide Inc.*, 2:14-cv-02066-CBM-E (C.D. Cal.) | Y | Y | REJECTED |
| *Monroe Cty. Emps.' Ret. Sys. v. S. Co.*, 1:17-cv-00241-MHC (N.D. Ga.) | Y | Y | REJECTED |
| *Roofers' Pension Fund v. Perrigo Co., PLC*, 2:16-cv-02805-MCA-LDW (D.N.J.) | Y | Y | REJECTED |
| *Dougherty v. Esperion Therapeutics, Inc.*, 2:16-cv-10089-AJT-RSW (E.D. Mich.) | Y | Y | *Class Certification Motion Pending* |

[1] Cases indexed in the Expert Report of Paul A. Gompers, Ph.D (October 8, 2019) at Appendix B (ECF 93-2), filed as Exhibit 2 to Defendants' Memorandum of Law in Opposition to Lead Plaintiff's Motion for Class Certification.