UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ERIC WEINER, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　　Plaintiff,<br>　v.<br><br>TIVITY HEALTH, INC., *et al.*<br><br>　　　　　　　　　　Defendants. | Case No.: 3:17-cv-01469<br><br>Chief Judge Crenshaw<br>Magistrate Judge Newbern |

**MOTION FOR ADMISSION *PRO HAC VICE***

The undersigned counsel for Lead Plaintiff Oklahoma Firefighters Pension and Retirement System hereby moves for admission to appear *pro hac vice* in this action. I hereby certify that I am a member in good standing of the United States District Court for the District of Columbia. Attached is a Certificate of Good Standing from that Court. I also declare under penalty of perjury that I am not, nor have I ever been, the subject of criminal proceedings nor disciplinary proceedings by any disciplinary authority, nor have I had a finding of contempt or a sanction against me under 28 U.S.C. § 1927.

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Joshua Handelsman*
　　　　　　　　　　　　　　　　　　　　　　　Joshua Handelsman

Joshua Handelsman (DC Bar ID: 888252619)
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Avenue N.W.
Suite 500
Washington, D.C. 20005
Telephone: (202) 408-4600
jhandelsman@cohenmilstein.com

1

Dated: August 19, 2020                    Respectfully submitted,

                                                                           */s/ Benjamin A. Gastel*
                                                                           J. Gerard Stranch, IV (BPR #23045)
Benjamin A. Gastel (BPR #28699)
**BRANSTETTER, STRANCH & JENNINGS, PLLC**
223 Rosa L. Parks Avenue
Suite 200
Nashville, TN 37203
Telephone: (615) 254-8801
Facsimile: (615) 255-5419
gerards@bsjfirm.com
beng@bsjfirm.com

*Liaison Counsel*

Christina D. Saler (admitted *pro hac vice)*
**COHEN MILSTEIN SELLERS & TOLL PLLC**
Three Logan Square
1717 Arch Street
Suite 3610
Philadelphia, PA 19103
Telephone: (267) 479-5700
Facsimile: (267) 479-5701
csaler@cohenmilstein.com

Steven J. Toll (admitted *pro hac vice*)
Daniel S. Sommers (admitted *pro hac vice*)
Josh Handelsman (*pro hac vice* pending)
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Avenue N.W.
Suite 500
Washington, D.C. 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
stoll@cohenmilstien.com
dsommers@cohenmilstein.com
jhandelsman@cohenmilstein.com

Jessica (Ji Eun) Kim (admitted *pro hac vice*)
**COHEN MILSTEIN SELLERS & TOLL PLLC**
88 Pine Street, Fourteenth Floor

New York, New York 10005
Telephone: (212) 838-0979
Facsimile: (212) 838-7745
jekim@cohenmilstein.com

*Lead Counsel for Lead Plaintiff and Class Representative*

# CERTIFICATE OF SERVICE

I certify that on this 19th day of August, 2020 I electronically filed the foregoing document using the Court's CM/ECF system, and a copy of this filing will be sent electronically to the registered participants as identified on the Notice of Electronic Filing. The following counsel will receive service via the Court's CM/ECF system at the email addresses listed below:

Eduard Korsinsky
Levi & Korsinsky, LLP
30 Broad Street, 24th Floor
New York, NY 10004
Email: ek@zlk.com

James A. Holifield, Jr.
Holifield Janich Rachal & Associates, PLLC
11907 Kingston Pike, Suite 201
Knoxville, TN 37934
Email: aholifield@holifieldlaw.com

*Attorneys for Plaintiff Eric Weiner*

Jessica Perry Corley
Lisa R. Bugni
Brandon R. Keel
King & Spalding LLP (Atlanta Office)
1180 Peachtree Street NE, Suite 1600
Atlanta, GA 30309-3521
Email: jpcorley@kslaw.com
Email: lbugni@kslaw.com
Email: bkeel@kslaw.com

Joseph B. Crace, Jr.
Wallace Wordsworth Dietz
Bass, Berry & Sims (Nashville Office)
150 Third Avenue South, Suite 2800
Nashville, TN 37201
Email: jcrace@bassberry.com
Email: wdietz@bassberry.com

*Attorneys for the Defendants*

                                                                                        */s/ Benjamin A. Gastel*
                                                                                        Benjamin A. Gastel