UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ERIC WEINER, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　Plaintiff,<br><br>v.<br><br>TIVITY HEALTH, INC., DONATO TRAMUTO, GLENN HARGREAVES, and ADAM HOLLAND,<br><br>　　　Defendants. | Case No. 3:17-cv-01469<br><br>Chief Judge Waverly D. Crenshaw, Jr.<br>Magistrate Judge Alistair Newbern |

## MOTION TO APPEAR PRO HAC VICE AS TO JOSEPH AKROTIRIANAKIS

The undersigned counsel for Defendants Tivity Health, Inc., Donato Tramuto, Glenn Hargreaves, and Adam Holland hereby moves for admission to appear pro hac vice in this action. Pursuant to Rule 83.01(b) of the Local Rules of Court for the United States District Court for the Middle District of Tennessee, I hereby certify that I am a member in good standing of the United States District Court for the Northern District of California. Attached is a Certificate of Good Standing from that court.

Wallace W. Dietz and Joseph B. Crace, Jr. of Bass, Berry & Sims PLC have been retained as local counsel in this matter. Their address is Bass, Berry & Sims PLC, 150 Third Avenue South, Suite 2800, Nashville, Tennessee 37201.

I declare under penalty of perjury that, as an attorney, I am not, nor have I ever been, the subject of disciplinary or criminal proceedings in any jurisdiction, nor have I had a finding of contempt or a sanction against me under 28 U.S.C. § 1927.

Dated: March 12, 2021

/s/ *Joseph Akrotirianakis*
Joseph Akrotirianakis (CA Bar No. 197971)
**KING & SPALDING LLP**
633 West Fifth Street, Suite 1600
Los Angeles, CA 90071
Tel: (213) 443-4313
jakro@kslaw.com

*Attorney for Defendants*

# CERTIFICATE OF SERVICE

I hereby certify that on March 12, 2021, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

Steven J. Toll
Daniel Sommers
Joshua Handelsman
COHEN MILSTEIN SELLERS & TOLL, PLLC
1100 New York Avenue N.W., Suite 500
Washington, D.C. 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
stoll@cohenmilstein.com
dsommers@cohenmilstein.com
jhandelsman@cohenmilstein.com

Christina D. Saler
COHEN MILSTEIN SELLERS & TOLL PLLC
Three Logan Square
1717 Arch Street
Suite 3610
Philadelphia, PA 19103
Telephone: (267) 479-5707
Facsimile: (267) 479-5701
csaler@cohenmilstein.com

Jessica (Ji Eun) Kim
COHEN MILSTEIN SELLERS & TOLL PLLC
88 Pine Street
14th Floor
New York, NY 10005
Telephone: (212) 838-0979
Facsimile: (212) 838-7745
jekim@cohenmilstein.com

*Counsel for Lead Plaintiff*

J. Gerard Stranch, IV
Benjamin A. Gastel
BRANSTETTER, STRANCH & JENNINGS, PLLC
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
Telephone: (615) 254-8801
Facsimile: (615) 255-5419
gerards@bsjfirm.com
bgastel@bjsfirm.com

Eduard Korsinsky
LEVI & KORSINSKY LLP
30 Broad Street, 24th Floor
New York, NY 10004
Tel. (212) 363-7500
ek@zlk.com

James A. Holifield, Jr.
HOLIFIELD JANICH RACHAL & ASSOCIATES, PLLC
11907 Kingston Pike, Suite 201
Knoxville, TN 37934
Telephone: (865) 566-0115
Facsimile: (865) 566-01
aholifield@holifieldlaw.com

*Counsel for Eric Weiner*

                                                /s/ Wallace W. Dietz