UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ERIC WEINER, individually and on behalf of all others similarly situated, ) ) ) | |
| Plaintiff, ) ) | NO. 3:17-cv-01469 |
| v. ) ) | |
| TIVITY HEALTH, INC., et al., ) ) | |
| Defendants. ) | |

## ORDER

The parties have filed a Joint Notice of Settlement and Motion to Vacate Deadlines (Doc. No. 157). The motion is **GRANTED.**

Accordingly, the parties shall file a Stipulation of Settlement and Motion for Preliminary Approval of Settlement by **June 10, 2021.** The pretrial conference set for May 10, 2021, and the trial set for May 18, 2021, are hereby **CANCELLED**.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE