# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| ERIC WEINER, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>v.<br><br>TIVITY HEALTH, INC., *et al.*,<br><br>        Defendants. | Case No.: 3:17-cv-01469<br><br>Chief Judge Crenshaw<br>Magistrate Judge Newbern |

## LEAD PLAINTIFF AND CLASS REPRESENTATIVE'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

Pursuant to Fed. R. Civ. P. Rule 23(e), Class Representative and Lead Plaintiff Oklahoma Firefighters Pension and Retirement System ("Class Representative") individually and on behalf of all Class Members, hereby moves this Court for an order: (i) granting preliminary approval of the proposed Settlement; (ii) approving the form and method of notice of the proposed Settlement to Class Members; (iii) scheduling a Settlement Fairness Hearing; and (iv) setting deadlines for the mailing and publication of the Notices, the filing of Class Member objections, the submission of Class Member requests for exclusion, and the filing of Class Counsel's application for attorneys' fees and reimbursement of expenses, and for a reimbursement award to Class Representative.

This motion is based upon the accompanying Memorandum of Law and Stipulation of Settlement, with its Exhibits, which are filed contemporaneously herewith, and other such matters and argument as the Court may consider.

Defendants do not oppose the relief sought by this motion.

Dated: June 10, 2021                    Respectfully submitted,

*/s/ Benjamin A. Gastel*
**BRANSTETTER, STRANCH & JENNINGS, PLLC**
J. Gerard Stranch IV (BPR #23045)
Benjamin A. Gastel (BPR #28699)
223 Rosa L. Parks Avenue
Suite 200
Nashville, TN 37203
Telephone: (615) 254-8801
Facsimile: (615) 255-5419
gerards@bsjfirm.com
beng@bsjfirm.com

*Liaison Counsel*

**COHEN MILSTEIN SELLERS & TOLL PLLC**
Steven J. Toll (*pro hac vice*)
Daniel S. Sommers (*pro hac vice*)
Joshua C. Handelsman (*pro hac vice*)
1100 New York Avenue N.W.
Suite 500
Washington, D.C. 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
stoll@cohenmilstein.com
dsommers@cohenmilstein.com
jhandelsman@cohenmilstein.com

Christina D. Saler (*pro hac vice*)
Three Logan Square
1717 Arch Street, Suite 3410
Philadelphia, PA 19103
Telephone: (267) 479-5707
Facsimile: (267) 479-5701
csaler@cohenmilstein.com

Jessica (Ji Eun) Kim (*pro hac vice*)
88 Pine Street
14th Floor
New York, NY 10005
Telephone: (212) 838-0979
Facsimile: (212) 838-7745
jekim@cohenmilstein.com

*Counsel for Lead Plaintiff and Class Representative*

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of June 2021, I electronically filed the following document with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filings to the following:

Eduard Korsinsky
Levi & Korsinsky, LLP
30 Broad Street
24th Floor
New York, NY 10004
(212) 363-7500
Fax: (212) 363-7171
Email: ek@zlk.com

James A. Holifield, Jr.
Holifield Janich Rachal & Associates, PLLC
11907 Kingston Pike
Suite 201
Knoxville, TN 37934
(865) 566-0115
Fax: (865) 566-0119
Email: aholifield@holifieldlaw.com

*Attorneys for Plaintiff Eric Weiner*

Brandon R. Keel
Jessica Perry Corley
Lisa R. Bugni
King & Spalding LLP (Atlanta Office)
1180 Peachtree Street NE
Atlanta, GA 30309-3521
(404) 572-4717
(404) 572-4677
Email: bkeel@kslaw.com
Email: jpcorley@kslaw.com
Email: lbugni@kslaw.com

Joseph B. Crace, Jr.
Wallace Wordsworth Dietz
Bass, Berry & Sims (Nashville Office)
150 Third Avenue South
Suite 2800
Nashville, TN 37201
(615) 742-7896
(615) 742-6200
Fax: (615) 742-2700
Email: jcrace@bassberry.com
Email: wdietz@bassberry.com

*Attorneys for the Defendants*

                                        */s/ Benjamin A. Gastel*
                                        Benjamin A. Gastel (BPR #28699)
                                        BRANSTETTER, STRANCH &
                                        JENNINGS, PLLC